In the Matter of CHARLES W. ELLIS, JR., an Attorney. — The respondent, Charles W. Ellis, Jr., is disbarred from the date of the entry and service of a certified copy of the order to that effect to be entered herein and said respondent, Charles W. Ellis, Jr., is hereby commanded hereafter to desist and refrain from the practice of law in any form either as principal or agent, clerk or employee of another and is hereby forbidden to perform any of the following acts for compensation or reward, to wit: 1. To practice as an attorney or counselor at law before any court, judge, justice, board, commission or other public authority. 2. To give to another an opinion as to the law or its application or any advice in relation thereto. The court approves of the findings and conclusions of the referee herein, and finds that the respondent, Charles W. Ellis, Jr., is guilty of professional misconduct and conduct prejudicial to the administration of justice. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

EARL G. HAILSTON, Respondent, v. NEW AMSTERDAM CASUALTY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of SADIE S. HARVEY, Respondent, against BAKERS AND CONSUMERS COMPRESSED YEAST COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

HARRY M. SCHAFFER, Appellant, v. CITY BANK FARMERS TRUST COMPANY, Respondent, and HOWARD C. LAKE, Defendant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. The court certifies that a question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals, which question is hereby certified as follows: Is this action properly referable under section 466 of the Civil Practice Act? Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ. [See 244 App. Div. 463.]

In the Matter of the Claim of SUSAN RHOADES, Appellant, against MILLER BROTHERS CONSTRUCTION COMPANY, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.